# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOCORRO KEENAN,<br>    Plaintiff,<br>v.<br>NATIONSTAR MORTGAGE, LLC,<br>    Defendant. | Case No. 2:21-cv-00664-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1. However, the instant application is incomplete. Plaintiff submits that Plaintiff has received an average of $1,500 over the "last few months from clients from the business[,]" but fails to describe how much income Plaintiff expects to receive in the future. *Id.* at 1. In addition, Plaintiff submits that she owns a 1983 Ford Econoline van and Bayliner boat, but fails to disclose the value of each asset. *Id.* at 2. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice. Docket No. 1. The Court will retain Plaintiff's complaint, but will not file it until the matter of the filing fee is resolved. Docket No. 1-1. No later than May 24, 2021, Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete and accurate application to proceed *in forma pauperis*. The Clerk's Office is instructed to send Plaintiff a blank application form. Failure to timely comply with this order or submit a complete and accurate application to proceed *in forma pauperis* will result in a recommendation to the District Judge that this matter be dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1